957 A.2d 232 (2008)
The Honorable Joan ORIE MELVIN, Appellant
v.
The Honorable Robin L. WIESSMANN, State Treasurer of the Commonwealth of Pennsylvania,[1] and the Administrative Office of Pennsylvania Courts, Appellees.
No. 7 WAP 2007.
Supreme Court of Pennsylvania.
September 25, 2008.

ORDER
PER CURIAM.
AND NOW, this 25th day of September, 2008, the order of the Commonwealth Court is hereby AFFIRMED.
Jurisdiction relinquished.
NOTES
[1] Substituted as a party pursuant to Pa. R.A.P. 502(c).